UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DAVID GERY CONN,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. 3:11-CV-05223-RJB-JRC<br><br>ORDER FOR EXTENSION OF TIME TO FILE AN ANSWER |

Based on Defendant's Motion (ECF No. 12) and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including July 11, 2011, to file Defendant's Answer.

DATED this 13th day of June 2011.

　　　　　　　　　　　　　　　　　　_/s/ J. Richard Creatura_

　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [3:11-CV-05223-RJB-JRC]