UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| DAVID GERY CONN, | ) | |
| | ) | CIVIL NO. 3:11-cv-05223-RJB-JRC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER TO AMEND BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based on Plaintiff's Unopposed Motion to Amend Briefing Schedule (ECF No. 19) and the Defendant not opposing the Motion, it is now, hereby,

ORDERED that the Scheduling Order is amended as follows:

- Plaintiff shall have to and including August 16, 2011 to file Plaintiff's Opening Brief;
- Defendant shall have to and including September 13, 2011 to file Defendant's Response Brief;
- Plaintiff shall have to and including October 4, 2011 to file Plaintiff's Reply Brief; and
- Oral argument, if desired, shall be requested by October 11, 2011.

DATED this 21st day of July, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER TO AMEND SCHEDULING ORDER- [3:11-cv-05223-RJB-JRC] - 1