UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID GERY CONN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | CASE NO. C11-5223 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of United States Magistrate Judge J. Richard Creatura, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 29);

(2) The matter therefore is REVERSED and REMANDED to the Administration for further consideration; and

(3) The Clerk is directed to send copies of this Order to United States Magistrate Judge J. Richard Creatura and counsel of record.

DATED this 26th day of March, 2012.

　　　　　　　　　　/s/ Robert J. Bryan
　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　United States District Judge

ORDER - 1