1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
9  AT TACOMA

10

11 DAVID GERY CONN,                          CASE NO. C11-5223 RJB JRC

12                Plaintiff,                 ORDER ADOPTING REPORT AND
                                             RECOMMENDATION ON MOTION
13        v.                                 FOR ATTORNEY'S FEES, COSTS,
                                             AND EXPENSES
14 MICHAEL J. ASTRUE, Commissioner of
   Social Security,
15
                  Defendant.
16

17   This matter comes before the Court on the Report and Recommendation of U.S.

18 Magistrate Judge J. Richard Creatura regarding Plaintiff's Motion for EAJA Fees, Costs, and

19 Expenses Pursuant to 28 U.S.C. § 2412 (Dkt. 32). Dkt. 36. The Court has reviewed the relevant

   documents and the remainder of the file herein.
20
     The Report and Recommendation of U.S. Magistrate Judge J. Richard Creatura was filed
21
   on February 28, 2012, and without objection from the Commissioner, was adopted on March 26,
22
   2012. Dkts. 29 and 30. The Commissioner's decision was reversed and the case was remanded
23
   to the Administration for further consideration. Dkt. 30.
24

ORDER ADOPTING REPORT AND
RECOMMENDATION ON MOTION FOR
ATTORNEY'S FEES, COSTS, AND EXPENSES- 1


On May 23, 2012, Plaintiff filed his motion, arguing that he is entitled to attorneys' fees in the total amount of $7,564.22, expenses in the amount of $34.10, and for costs of $27.20, pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Dkt. 32. On June 4, 2012, the Commissioner filed a response opposing the motion, and argued that his position on this case was substantially justified and so Plaintiff is not entitled to an award of fees, expenses, or costs. Dkt. 33.

Plaintiff's Motion for EAJA Fees, Costs and Expenses Pursuant to 28 U.S.C. § 2412 (Dkt. 32) was referred to the Magistrate Judge for a Second Report and Recommendation. The Report and Recommendation (Dkt. 36) was issued and the parties have filed their responsive pleadings (Dkts. 37-39). The matter is now ripe for review.

The Report and Recommendation (Dkt. 36) should be adopted and the Plaintiff's Motion for EAJA Fees, Costs and Expenses Pursuant to 28 U.S.C. § 2412 should be denied. As stated in the Report and Recommendation, even though the ALJ's decision denying benefits was reversed and the case remanded for further administrative proceedings, the ALJ's positions were substantially justified and the government's defense of those positions was also substantially justified for purposes of the EAJA. Plaintiff's objections are generally a repetition of his prior arguments and are addressed in the Report and Recommendation. Plaintiff does argue that the Report and Recommendation improperly uses *post-hoc* arguments in its EAJA analysis, contrary to *SEC v. Chenery Corp.*, 332 U.S. 194, 196 (1947)(holding that judicial review of administrative agency's decision is constrained by the grounds invoked by the agency). Dkts. 37 and 39. Plaintiff's argument fails to recognize that although the court is not permitted to use *post-hoc* arguments in deciding whether the ALJ's decision is correct under the law, the court is not so constrained when determining whether the ALJ's decision and the government's defense

1  of that decision was substantially justified for purposes of the EAJA statute.  Plaintiff's motion
2  should be denied.
3      Accordingly, it is hereby **ORDERED** that:
4  - The Report and Recommendation (Dkt. 36) is **ADOPTED**; and
5  - Plaintiff's Motion for EAJA Fees, Costs and Expenses Pursuant to 28 U.S.C. §
6     2412 (Dkt. 32) is **DENIED**.
7      The Clerk is directed to send uncertified copies of this Order to all counsel of record and
8  to any party appearing *pro se* at said party's last known address.
9      Dated this 20th day of August, 2012.

*[signature]*

ROBERT J. BRYAN
United States District Judge